AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JARAMIE DEAN WOMACK,

     Petitioner,　　　　　JUDGMENT IN A CIVIL CASE
V.

                                        CASE NUMBER:   **3:13-CV-00126-LRH-VPC**

ISIDRO BACA, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed application to proceed *in forma pauperis*.
     **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**

  April 11, 2013　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
                                                                          Clerk

                                                                      /s/ D. R. Morgan
                                                                     Deputy Clerk